IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BOYNE USA INC., a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BLSH ENTERPRISES, LLC, a Kansas limited liability company,<br><br>　　　　　Defendant.<br><br>―――――――――――――<br><br>BLSH ENTERPRISES, LLC,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>BOYNE USA INC., a Michigan corporation,<br><br>　　　　　Counter-Defendant. | CV 21-92-BU-JTJ<br><br>**ORDER** |

The Court conducted a hearing on the parties' motions for summary judgment on January 23, 2023. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Partial Summary (Doc. 21) is DENIED.

2. Defendant's Motion for Summary Judgment (Doc. 32) is TAKEN

UNDER ADVISEMENT.

DATED this 24th day of January, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge