Gary L. Walton, Esq.
GARY L. WALTON, PLLC
2155 Dennison Lane
Bozeman, Montana 59718
TEL.  (406) 585-1252
garylwaltonpllc@gmail.com

     Attorneys for Defendant
     and Counterclaimant
     BLSH Enterprises, LLC


## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| BOYNE USA INC., a Michigan corporation, | ) ) ) | |
| Plaintiff, | ) ) | CAUSE NO. 2:21-CV-92-BMM-JTJ |
| -vs- | ) ) | **NOTICE OF SETTLEMENT** |
| BLSH ENTERPRISES, LLC, a KANSAS limited liability company | ) ) ) | |
| Defendant, | ) | |
| _____ | ) ) | |
| BLSH ENTERPRISES, LLC, | ) ) | |
| Counterclaimant, | ) ) ) | |
| -vs- | ) ) | |
| BOYNE USA INC., a Michigan corporation, | ) ) ) | |
| Counter-Defendant, | ) | |
| _____ | ) | |

1.  **NOTICE OF SETTLEMENT**

The Defendant and Counterclaimant, BLSH Enterprises, LLC, a Kansas limited liability company, by and through its attorneys, Gary L. Walton, PLLC, is pleased to notify the Court that on February 15, 2023, BLSH accepted Boyne USA's written offer of settlement which resolves all claims and defenses pursued by Boyne USA and BLSH Enterprises, LLC. The terms of the settlement are described best in the written communications between BLSH's counsel, Gary L. Walton, and Boyne USA's counsel, Ian MacIntosh, and will be provided to the Court if necessary. BLSH has requested that Boyne USA prepare the necessary Release and Stipulation for Dismissal to effectuate the agreement between the parties' respective counsle. As a result of the settlement, BLSH submits that the Scheduling Conference set for April 14, 2023, before the Hon. Timothy J. Cavan is no longer necessary.

DATED:  February 17, 2023.

GARY L. WALTON, PLLC


By__/s/ Gary L. Walton__
    Gary L. Walton
    Attorney for BLSH
    Enterprises, LLC

CERTIFICATE OF SERVICE

I, hereby certify that on that on February 17, 2023, a copy of the foregoing

document was served on the following persons by the following means:

| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Montana E-file System |
| _____ | Fax |
| _____ | E-mail |

1.    Clerk, U.S. District Court

2.    David M. Wagner, Esq.
      Ian McIntosh, Esq.
      Crowley Fleck, PLLP
      1915 S. 19th Ave.
      P.O. Box 10969
      Bozeman, MT 59718

                              GARY L. WALTON, PLLC


                              By__/s/ Gary L. Walton__
                                  Gary L. Walton
                                  Attorney for Defendant
                                  and Counterclaimant
                                  BLSH Enterprises, LLC


C/10422/FDoc/20230217.1/attglw

3.  NOTICE OF SETTLEMENT