IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BOYNE USA INC., a Michigan Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BLSH ENTERPRISES, LLC, a Kansas limited liability company,<br><br> Defendant. | Cause No. 2:21-CV-92-BU-JTJ<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |
| BLSH ENTERPRISES, LLC, a Kansas limited liability company,<br><br>    Counterclaimant,<br><br>vs.<br><br>BOYNE USA, INC., a Michigan Corporation,<br><br> Counter-Defendant | |

 Upon the parties' filing of their Joint Stipulation of Dismissal;

 IT IS HEREBY ORDERED that said Stipulation is GRANTED and the case is dismissed with prejudice.

DATED this 19th day of April, 2023.

_____
John Johnston
United States Magistrate Judge